UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEJANDRO AGUIRRE-MOLINA, for
himself and on behalf of those similarly
situated

      Plaintiff,

v.                                   Case No: 2:15-cv-608-FtM-38CM

TRUSCAPES SW FLA INC.,
TRUSCAPES INDUSTRIES, INC.
and LLOMELL LORCA,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Honorable Carol Mirando's Report and Recommendation (Doc. #50) filed on August 3, 2016. Judge Mirando recommends granting in part and denying in part Plaintiff Alejandro Aguirre-Molina's Motion for an Order Permitting Supervised Notice of this Action to Potential Opt-in Plaintiffs and Conditional Certification of this Case as a Collective Action (Doc. #35) filed on February 23, 2016. Plaintiff filed an Unopposed Objection to the Report and Recommendation (Doc. #51) on August 16, 2016. The Report and Recommendation is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

report and recommendation.  See 28 U.S.C. § 636(b)(1); *see also* Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and upon carefully considering Judge Mirando's findings and recommendations, the Court accepts and adopts the Report and Recommendation (Doc. #50) with one modification.  As the Report and Recommendation states, Plaintiff's initial proposed Court-Authorized Notice (Doc. #35-1) did not inform potential collective members of their possible liability for attorney's fees and costs of Defendant if they are unsuccessful in this suit.  Although Plaintiff does not object to referencing possible liability for Defendant's costs, he does object to referencing liability for attorney's fees.  (Doc. #51).  As such, Plaintiff proposes the following language for a Court-authorized notice: "All potential class members should be advised that should Truscapes prevail in this lawsuit, all class members may potentially be responsible for a share of Truscapes' litigation costs."  (Doc. #51-1 at 3).  Defendant does not oppose the proposed language, and neither does the undersigned.  To that end, upon review of Plaintiff and Defendant's entire revised Court-Authorized Notice (Doc. #51-1), the undersigned finds it to be consistent with the Report and Recommendation and thus acceptable.

Accordingly, it is now **ORDERED:**

(1) The Report and Recommendation (Doc. #50) is **ACCEPTED AND ADOPTED**, as modified herein.

(2) Plaintiff Alejandro Aguirre-Molina's Motion for Order Permitting Supervised Notice of this Action to Potential Opt-in Plaintiffs and Conditional Certification of this Case as a Collective Action (Doc. #35) is **GRANTED in part and DENIED in part**.

   a. Counsel for Plaintiff is authorized to provide notice of this lawsuit to putative collective members on or before **September 22, 2016**, pursuant to the Court-Authorized Notice (Doc. #51-1) and Consent to Become Opt-In Plaintiff (Doc. #35-2).

   b. Plaintiff must mail the approved Court-Authorized Notice to all potential collective members by first class mail.

   c. All opt-in collective members must return the approved Consent to Become Opt-In Plaintiff with a postmark date on or before **November 21, 2016**.

   d. Plaintiff's counsel must furnish a copy of all consents received to defense counsel and maintain the originals.

   e. Plaintiff's counsel must file one pleading identifying each opt-in collective member and his or her address on or before **December 1, 2016**.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of August, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record